IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELVYN LETULIGASENOA, | CASE NO. 5:13-CV-05272-EJD |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| INTERNATIONAL PAPER COMPANY, | |
| Defendant. | |

This matter is currently set for a Case Management Conference on March 7, 2014. In light of the pending Motion to Remand, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Dated: March 3, 2014

EDWARD J. DAVILA
United States District Judge